UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

MICHAEL CURTIS REYNOLDS,

   Petitioner,

   v.

ERIC WILLIAMS,

   Respondent.

Case No. 22-cv-001429-JPG

## JUDGMENT

IT IS HEREBY ORDERED AND ADJUDGED that petitioner Michael Curtis Reynolds's action filed pursuant to 28 U.S.C. § 2241 is denied, that judgment is entered in favor of respondent Eric Williams and against petitioner Michael Curtis Reynolds, and that this case is dismissed with prejudice.

DATED: September 30, 2022

**MONICA A. STUMP, Clerk of Court**
**s/Tina Gray, Deputy Clerk**

Approved:   s/ J. Phil Gilbert
               **J. PHIL GILBERT**
               **DISTRICT JUDGE**